## MARCH 16, 1990

No. 89–1433. UNITED STATES v. EICHMAN ET AL. Appeal from D. C. D. C.; and

No. 89–1434. UNITED STATES v. HAGGERTY ET AL. Appeal from D. C. W. D. Wash. Motion of the Solicitor General to expedite consideration of the jurisdictional statements granted to the extent that motions to dismiss or affirm shall be received by the Clerk on or before noon, Monday, March 26, 1990.

## MARCH 19, 1990

No. 88–6277. MCLAUGHLIN v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433.

No. 88–6348. LLOYD v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433.

No. 88–6450. ALLEN v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433.

No. 88–6480. CUMMINGS v. NORTH CAROLINA. Sup. Ct. N. C. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McKoy* v. *North Carolina, ante,* p. 433.